AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey ⌄

| | |
|---|---|
| Amber Doe | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )    Civil Action No. |
| SEQUOIA CAPITAL OPERATIONS LLC | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Amber Doe*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:   AUGUST 10 ,2025

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ N/A | $ 0.00 | $ N/A |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $       0.00 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $       0.00 | $ | $ | $ |
| Unemployment payments | $       0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $       0.00 | $ | $ | $ |
| Other *(specify)*: | $       0.00 | $ | $ | $ |
| **Total monthly income:** | $            **0** | $            **0** | $            **0** | $            **0** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | VICTIM OF HUMAN TRAFFCIKING | | $       0.00 |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NO SPOUSE | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____46.00_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0.00 | | $       0.00 | $   NO SPOUSE |
| 0.00 | | $       0.00 | $ |
| 0.00 | | $       0.00 | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #*1 (Value)* | $ 0.00 |
| Make and year:  NO VEHICAL | |
| Model: | |
| Registration #: | |
| Motor vehicle #*2 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ 0.00 |
| | $ | $ 0.00 |
| | $ | $ 0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| 1 SERVICE DOG | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ❏ Yes  ❏ No<br>Is property insurance included?  ❏ Yes  ❏ No | $              0.00 | $      NO SPOUSE |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $              0.00 | $ |
| Home maintenance *(repairs and upkeep)* | $              0.00 | $ |
| Food | $              0.00 | $ |
| Clothing | $              0.00 | $ |
| Laundry and dry-cleaning | $              0.00 | $ |
| Medical and dental expenses | $              0.00 | $ |
| Transportation *(not including motor vehicle payments)* | $              0.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $              0.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $              0.00 | $ |
|     Life: | $              0.00 | $ |
|     Health: | $              0.00 | $ |
|     Motor vehicle: | $              0.00 | $ |
|     Other: | $              0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $              0.00 | $ |
| Installment payments | | |
|     Motor vehicle: | $              0.00 | $ |
|     Credit card *(name):* | $              0.00 | $ |
|     Department store *(name):* | $              0.00 | $ |
|     Other: | $              0.00 | $ |
| Alimony, maintenance, and support paid to others | $              0.00 | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $          0.00 | $ |
| Other *(specify)*: | $          0.00 | $ |
| **Total monthly expenses:** | $          0 | $          0 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

❏ Yes      ☑ No      If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ❏ Yes    ☑ No

If yes, how much?    $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.
      I HAVE NO MONEY, NO ASSETS, NO INCOME, I RESIDE IN A SHELTER FOR VICTIMS OF VIOLENT CRIME,  I REQUIRE CRITICAL SURGERY FOR INJURIES CAUSED BY DEFENDANTS, MY FORMER LAWYESR EMBEZZELED ALL OG MY MONEY OUT OF ATTOTNEY CLIENT TRUSTS AND ACCEPTED BRIBES FROM THE MAN WHO TRAFFCIKED AND RAPED ME AND CONSPRED WITH HIS LAWYERS.

12.   Identify the city and state of your legal residence.
      LOS ANGELES CALIFORNIA

Your daytime phone number:          424-533-4363

Your age:   39    Your years of schooling:        12

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

# DECLARATION OF AMBER DOE

IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Amber Doe, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and the Plaintiff in the above-captioned action.

2. I respectfully submit this declaration in support of my application to proceed *in forma pauperis*, as I am indigent and unable to pay the required filing fees or related costs.

3. I have no income, no assets, no savings, and no permanent residence. I do not receive public benefits, or any form of stable support.

4. I am presently residing in a women's shelter in Los Angeles, California, because I cannot afford housing. I am unemployed and unable to work due to severe medical conditions resulting from the abuse, human trafficking, egregious medical mal-practice  and legal malpractice I have suffered.

5. I cannot afford food, medication, menstrual products, vitamins, or transportation. I rely entirely on food donations and the goodwill of others to survive.

6. I have no funds to pay for medical treatment or the urgent surgeries I require as a result of injuries sustained during the period of abuse and as a result of attorney negligence, willful and wanton misconduct.

7. The circumstances leading to my indigency include:

   ◦ My victimization through human trafficking and modern-day slavery since the age of 15;

   ◦ The gross negligence, fraud, conspiracy to obstruct justice and legal malpractice of my former attorneys, who embezzled funds from my client trust account;

   ◦ Their failure to represent me at trial, which left me without compensation or any legal redress.

8. In attempt to become emancipated and save my life, I am currently litigating multiple matters involving grave constitutional and human rights violations,

and I have no means of affording the court costs associated with these filings.

9. I am not seeking to evade responsibility. I respectfully state that, should my circumstances improve, I am willing to reimburse the Court for the filing fees at the earliest possible time.

For these reasons, I respectfully request that the Court grant my application to proceed *in forma pauperis*, in the interest of justice and to allow me to continue seeking relief, safety, and survival through the proper legal channels.

Executed this 10th day of August, 2025, in Los Angeles, California.

Respectfully submitted,

*AMBER DOE*

AMBER DOE
Pro Se Plaintiff