AMBER DOE
Propia Persona
8306 #2020  WILSHIRE BLVD
LOS ANGELES, CALIFORINA 90211
424-533-4363

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Amber Doe, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY** |
| Plaintiff, | |
| vs. | |
| Sequoia Capital Operations LLC | |
| Et Al, | |
| Defendant. | Case No |
| | Judge: |
| | DEPT: |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Upon consideration of Plaintiff Amber Doe's Motion for Leave to File Electronically, and the entire record herein, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff, a pro se litigant, is granted leave to electronically file and serve all documents in this case via the Court's Case Management/Electronic Case Filing (CM/ECF) system; and it is

FURTHER ORDERED that Plaintiff shall register for a CM/ECF account and complete any required training or compliance steps as directed by the Clerk of Court prior to being granted access.

SO ORDERED.

Dated: _____


HONORABLE DISTRICT JUDGE

- 2 - ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY